**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Antonio LUCAS, Defendant–**
**Appellant.**

No. 00–7746.

United States Court of Appeals,
Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Michael Antonio Lucas, pro se. Bonnie S. Greenberg, Office of the United States Attorney, Baltimore, MD, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Michael Antonio Lucas seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lucas*, Nos. CR–91–309; CA–00–3381–S (D. Md. filed Nov. 15, 2000; entered Nov. 16, 2000). Lucas' motions to proceed in forma pauperis are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*